THIS FORM PREPARED BY AND
RECORDING REQUESTED BY:
RECONTRUST COMPANY N.A.
2380 Performance Drive
Mail Stop:TX2-984-04-07
Richardson, TX 75082
AND
Atlantic Law Group, LLC
P.O. Box 2548
1602 Village Market Boulevard SE, Suite 310
Leesburg, VA 20175

AFTER RECORDING MAIL TO:
RECONTRUST COMPANY N.A.
2380 Performance Drive
Mail Stop:TX2-984-04-07
Richardson, TX 75082

TS No. 12 -0015029

## SUBSTITUTION OF TRUSTEE(S)

THIS SUBSTITUTION OF TRUSTEES, made between **BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP**, herein called the Beneficiary, and **JOHN CSOKA AND JUDITH A. CSOKA**, herein called the Original Borrower(s), being together the Grantors herein; and **RECONTRUST COMPANY, N.A.**, 2380 Performance Drive, TX2-984-04-07, Richardson, TX 75082 and **ALG Trustee, LLC**, P.O. Box 2548, Leesburg, VA 20175, Substitute Trustee(s), as Grantee, provides as follows:

WHEREAS, by Deed of Trust dated **February 23, 2009** and recorded in the Clerk's Office of the Circuit Court of the City/County of **PRINCE WILLIAM**, Virginia, as Instrument No. 200902270017343, the Original Borrowers conveyed to **SAMUEL I. WHITE P.C.**, Trustee(s), herein called Original Trustee(s), to be indexed as Grantors, certain real property described in said Deed of Trust, to secure an indebtedness in the principal sum of **$279,856.00**, and also described in said Deed of Trust; and

WHEREAS, the aforesaid Deed of Trust allows the undersigned to remove the trustee(s) and appoint successor trustee(s);

EXHIBIT
B

Prepared by RECONTRUST COMPANY, N.A. and ALG Trustee, LLC
Tax ID # 090-10-00-82

VASub (04/10)
TS#: 12 -0015029

NOW, THEREFORE, by virtue of the authority contained in the aforementioned Deed of Trust, the undersigned does hereby remove the Original Trustee(s) as Trustee(s), and does also hereby remove any Substitute Trustee(s) or trustee(s) who may have been previously appointed in place of the Original Trustee(s), and does hereby appoint RECONTRUST COMPANY, N.A. AND ALG TRUSTEE, LLC of the city of Leesburg, VA, as Substitute Trustee(s), either of whom may act and said Substitute Trustee(s) shall in accordance with the provisions of said Deed of Trust, succeed to all the title, powers and duties conferred upon the Original Trustee(s) by the terms of said Deed of Trust and by applicable law.

IN WITNESS WHEREOF, the Beneficiary has caused this Substitution of Trustee(s) to be signed by its duly authorized officer on this __14th__ day of __MARCH__, 2012.

By: BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING, LP

_____ 3/14/12
Betsy Bodine   AVP

STATE OF Texas
COUNTY OF Tarrant

On March 14, 2012, before me __Elsie Kroussakis__, personally appeared __Betsy Bodine   AVP__, known to me (or proved to me on the oath of __N/A__ or through __Pers. Knowledge__) to be the person whose name is subscribed to the foregoing instrument and acknowledged to me that he/she executed the same for the purposes and consideration therein expressed.
WITNESS MY HAND AND OFFICIAL SEAL

_Elsie Kroussakis_
Notary Public's Signature

ELSIE KROUSSAKIS
Notary Public
STATE OF TEXAS
My Comm. Exp. 10-14-15

Prepared by RECONTRUST COMPANY, N.A. and ALG Trustee, LLC
Tax ID # 090-10-00-82

VASub (04/10)
TS#: 12-0015029