## NOTICE OF TRUSTEE'S SALE
## 9627 CLOVER HILL RD, MANASSAS, VA 20110-2764

In execution of the Deed of Trust in the original principal amount of **$279,856.00** from **JOHN CSOKA AND JUDITH A. CSOKA** dated **February 23, 2009** recorded in the Clerk's Office of the Circuit Court of the **County of PRINCE WILLIAM, Virginia, Instrument No. 200902270017343,** default having occurred in the payment of the Note thereby secured and at the request of the holder of said Note, the undersigned Substitute Trustee(s) will offer for sale at public auction **At the main entrance of Prince William Circuit Court 9311 Lee Ave, Manassas, VA 20110,** on **April 20, 2012 at 10:00 AM** the property described in said Deed of Trust, such property is located at the above address and briefly described as:

LOT EIGHTY-TWO (82), LIBERTY RUN SUBDIVISION, WITH IMPROVEMENTS THEREON.

**TERMS OF SALE: CASH:** A deposit of as much as 10% of the sales price, cash or certified check, will be required at the time of sale with settlement within fifteen (15) days from the date of sale. Additional terms may be announced at the time of sale.

Pursuant to the Federal Fair Debt Collection Practices Act, we advise you that we are a debt collector attempting to collect the indebtedness referred to herein and any information we obtain will be used for that purpose.

RECONTRUST COMPANY, N.A. AND ALG
TRUSTEE, LLC, Substitute Trustee(s)

**FOR INFORMATION CONTACT:**
**RECONTRUST COMPANY, N.A.**
**2380 Performance Drive, TX2-984-04-07, Richardson, TX 75082**
**(800) 281-8219 - Call Between 10:00 a.m. and 5:00 p.m. (CST)**
**OR**
**ALG Trustee, LLC**
**P.O. Box 2548, Leesburg, VA 20175**
**(703) 777-7101 - Call Between 9:00 a.m. and 11:30 a.m. (EST)**

**(12 -0015029/FHA)**
**(Trustee No. 528892)**

To: **Washington Examiner (VA) (Prince Wi**
Please publish the forgoing Notice of Sale once a week for on the following dates:
FIRST PUBLICATION:          April 12, 2012
SECOND PUBLICATION:    April 19, 2012

